UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
EUGENE M. ZVOLENSKY, JR. :
: CASE NO. 1-15-05094-MDF
Debtor :

## AMENDED NOTICE

NOTICE IS HEREBY GIVEN THAT:

A **MOTION TO ALLOW FEES TO DEBTOR'S COUNSEL AS AN ADMINISTRATIVE EXPENSE PURSUANT TO 11 U.S.C. §503(b)(2) and §1326(a)(2)** has been filed by the Debtor's Attorney, Lisa A. Rynard, Esquire.

Pursuant to Local Rule 2002-1(a), the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files an objection/response within twenty-one (21) days of the date of the notice. If you object to the relief requested, you must file your objection/response in writing, in accordance with the Federal Rules of Bankruptcy Procedure. Objections must be filed with the Clerk, U.S. Bankruptcy Court, 228 Walnut Street, Harrisburg, PA 17101 and a copy served on Debtor's counsel, Lisa A. Rynard, Esquire, at the address below.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. Any objecting party must appear at the hearing. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Copies of all documents filed in connection with this matter are available for inspection at the Clerk's Office, 3rd Floor, Third and Walnut Streets, Harrisburg, PA.

Lisa A. Rynard, Esquire
Purcell, Krug & Haller
1719 North Front Street
Harrisburg, PA 17102
(717) 234-4178
lrynard@pkh.com
Counsel for Debtor

Dated: December 20, 2016

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
EUGENE M. ZVOLENSKY, JR. :
: CASE NO. 1-15-05094-MDF
Debtor :

## AMENDED CERTIFICATE OF SERVICE

 I certify that I am more than 18 years of age and that on December 20, 2016, I served a copy of the Notice of the Motion To Allow Fees to Debtor's Counsel as an Administrative Expense Pursuant to 11 U.S.C. §503(b)(2) and §1326(a)(2) on the following parties in this manner:

Name and Address

All creditors and parties
as listed on attached
matrix & parties list.

Mode of Service

Regular First Class Mail
Postage pre-paid

Date: December 20, 2016  By:/s/ Lisa A. Rynard
           Lisa A. Rynard, Esquire
           Purcell, Krug & Haller
           1719 North Front Street
           Harrisburg, PA 17102

```
Label Matrix for local noticing          Barclays Bank Delaware              Bk Of Amer
0314-1                                    125 S West St                       1800 Tapo Canyon Rd
Case 1:15-bk-05094-MDF                    Wilmington DE 19801-5014            Simi Valley CA 93063-6712
Middle District of Pennsylvania
Harrisburg
Tue Dec 20 11:03:25 EST 2016

Cbna                                      Cerastes, LLC                       Charles J. DeHart, III (Trustee)
Po Box 6497                               C O WEINSTEIN & RILEY, PS           8125 Adams Drive, Suite A
Sioux Falls SD 57117-6497                 2001 WESTERN AVENUE, STE 400        Hummelstown, PA 17036-8625
                                          SEATTLE, WA 98121-3132


Dept Of Ed/Navient                        Joshua I Goldman                    Kimberly A. Zvolensky
Po Box 9635                               KML Law Group, P.C.                 6 Wagner Circle
Wilkes Barre PA 18773-9635                701 Market Street                   Hummelstown PA 17036-9118
                                          Suite 5000
                                          Philadelphia, PA 19106-1541


Navient                                   Navient Solutions, Inc.             Navient Solutions, Inc. Department of Educat
Po Box 9655                               P.O. Box 9640                       Loan Services
Wilkes Barre PA 18773-9655                Wilkes-Barre, PA 18773-9640         P.O. Box 9635
                                                                              Wilkes-Barre, PA 18773-9635


(p)PORTFOLIO RECOVERY ASSOCIATES LLC      Rushmore Loan Management Serv LLC   Lisa A Rynard
PO BOX 41067                              P.O. Box 514707                     Purcell Krug and Haller
NORFOLK VA 23541-1067                     Los Angeles CA 90051-4707           1719 North Front Street
                                                                              Harrisburg, PA 17102-2392


Santander Bank, N.A.                      Shapiro & DeNardo, LLC              U.S. Department of Housing and Urban Develop
Mail Code 10-421-MC3                      3600 Horizon Drive                  451 7th Street S.W.
450 Penn Street                           Suite 150                           Washington, DC 20410-0002
Reading PA 19602-1011                     King of Prussia PA 19406-4702


US Dept of Housing & Urban Dev            United States Trustee               Wilmington Savings Fund Society
c/o C&L Service Corp/Morris-Griffin       228 Walnut Street, Suite 1190       dba Christiana Trust, as trustee
2488 E. 81st Street, Suite 700            Harrisburg, PA 17101-1722           500 Delaware Ave., 11th Floor
Tulsa OK 74137-4267                                                           Wilmington DE 19801-7405


Wilmington Savings Fund Society, FSB      Eugene M. Zvolensky Jr.
Rushmore Loan Management Services         6 Wagner Circle
P.O. Box 55004                            Hummelstown, PA 17036-9118
Irvine, CA 92619-5004
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)1-15-05094-mdf         (u)Wilmington Savings Fund Society Et Al...      End of Label Matrix
                                                                           Mailable recipients    22
                                                                           Bypassed recipients     2
                                                                           Total                  24