```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                   Case No. 15-05094-RNO
Eugene M. Zvolensky, Jr.                                                 Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0314-1          User: DDunbar              Page 1 of 1              Date Rcvd: Mar 15, 2017
                              Form ID: ordsmiss          Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2017.
```
db              +Eugene M. Zvolensky, Jr.,    6 Wagner Circle,    Hummelstown, PA 17036-9118
4729250         +Cbna,    Po Box 6497,    Sioux Falls SD 57117-6497
4729252         +Kimberly A. Zvolensky,    6 Wagner Circle,    Hummelstown PA 17036-9118
4747470          Navient Solutions, Inc.,    P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
4764186          Navient Solutions, Inc. Department of Education,    Loan Services,    P.O. Box 9635,
                   Wilkes-Barre, PA 18773-9635
4729254          Rushmore Loan Management Serv LLC,    P.O. Box 514707,    Los Angeles CA 90051-4707
4729255         +Santander Bank, N.A.,    Mail Code 10-421-MC3,    450 Penn Street,    Reading PA 19602-1011
4729256         +Shapiro & DeNardo, LLC,    3600 Horizon Drive,    Suite 150,    King of Prussia PA 19406-4702
4729141         +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                   Washington, DC 20410-0002
4729257         +US Dept of Housing & Urban Dev,    c/o C&L Service Corp/Morris-Griffin,
                   2488 E. 81st Street, Suite 700,    Tulsa OK 74137-4267
4768548         +Wilmington Savings Fund Society, FSB,    Rushmore Loan Management Services,    P.O. Box 55004,
                   Irvine, CA 92619-5004
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4729248         +EDI: TSYS2.COM Mar 15 2017 19:03:00      Barclays Bank Delaware,    125 S West St,
                   Wilmington DE 19801-5014
4729249         +EDI: BANKAMER.COM Mar 15 2017 19:03:00      Bk Of Amer,    1800 Tapo Canyon Rd,
                   Simi Valley CA 93063-6712
4772291         +E-mail/Text: bncmail@w-legal.com Mar 15 2017 19:11:06      Cerastes, LLC,
                   C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4729251         +EDI: NAVIENTFKASMDOE.COM Mar 15 2017 19:03:00      Dept Of Ed/Navient,    Po Box 9635,
                   Wilkes Barre PA 18773-9635
4729253         +EDI: NAVIENTFKASMSERV.COM Mar 15 2017 19:03:00      Navient,    Po Box 9655,
                   Wilkes Barre PA 18773-9655
4772959          EDI: PRA.COM Mar 15 2017 19:03:00      Portfolio Recovery Associates, LLC,    POB 12914,
                   Norfolk VA 23541
4729258         +E-mail/Text: Bankruptcy@wsfsbank.com Mar 15 2017 19:11:22      Wilmington Savings Fund Society,
                   dba Christiana Trust, as trustee,    500 Delaware Ave., 11th Floor,    Wilmington DE 19801-7405
                                                                                               TOTAL: 7

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4729247          1-15-05094-mdf
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2017 at the address(es) listed below:
```
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    Wilmington Savings Fund Society Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Lisa A Rynard    on behalf of Debtor Eugene M. Zvolensky, Jr. lrynard@pkh.com, rwhitfield@pkh.com
              Thomas I Puleo    on behalf of Creditor    Wilmington Savings Fund Society Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Eugene M. Zvolensky Jr. **Debtor(s)** | Chapter 13 |
| | Case No. 1:15−bk−05094−RNO |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: March 15, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk